United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERTO SALINAS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00285 |
| | § | |
| BEN GOMEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation (M&R). (D.E. 38). The M&R recommends that the Court grant Defendants' motion to dismiss and deny Plaintiff's motions for leave to amend. *Id.* at 20.

The parties were provided proper notice of,[1] and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 38). Accordingly,

[1] The Court sent Plaintiff a copy of the M&R by certified mail. (D.E. 39). To date, the Court has received no response from Plaintiff. As a party, Plaintiff is required to keep the Court apprised of his current address at all times. LOCAL RULE 83.4; *see also Martinez-Reyes v. United States*, No. 7:12-CR-1787-1, 2016 WL 8740494, at *4 (S.D. Tex. Oct. 10, 2016) (Ormsby, Mag. J.) (collecting cases), *adopted*, No. CR M-12-1787-1, 2017 WL 1409315 (S.D. Tex. Apr. 20, 2017) (Crane, C.J.).

the Court **GRANTS** Defendants' motion to dismiss, (D.E. 23), and **DENIES** Plaintiff's motions for leave to amend. (D.E. 25); (D.E. 26).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 28th, 2026